IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CARL LEE DAWSON                                              PLAINTIFF

    v.                          No. 05-6081

DR. HERMAN JONAK; DREAM
YOUNG, Infirmary Administrator;
and MS. POWELL, Classification
Officer, all at the Ouachita
River Unit                                                   DEFENDANTS

## ORDER

Now on this 27th day of March 2006, there comes on for consideration the report and recommendation filed herein on March 8, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motions to dismiss (Docs. 10 & 15) are GRANTED as Plaintiff has failed to exhaust his administrative remedies and has signed a grievance waiver and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge

AO72A
(Rev. 8/82)